# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANGELICA TRUJILLO,

      Plaintiff,

v.                                                                                                              No. CV 21-702 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER DENYING MOTION TO
## EXTEND BRIEFING DEADLINES AS MOOT

**THIS MATTER** is before the Court on Plaintiff Angelica Trujillo's *Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse or Remand* (the "Motion"), (Doc. 18), filed February 7, 2022. In the Motion, Ms. Trujillo explains that "[d]ue to unforeseen circumstances," her counsel "requires a thirty-day extension of time to file" her Motion to Reverse or Remand. (Doc. 18 at 1). Later that day, however, Ms. Trujillo filed her *Opposed Motion to Reverse and/or Remand*, (Doc. 19). The Court thus finds that Ms. Trujillo's Motion is moot and shall be **DENIED WITHOUT PREJUDICE**.

If Ms. Trujillo's *Opposed Motion to Reverse and/or Remand*, (Doc. 19), was filed in error, or she seeks to extend other briefing deadlines, she may submit another request for extension with an explanation.

**IT IS THEREFORE ORDERED** that Ms. Trujillo's *Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse or Remand*, (Doc. 18),  is **DENIED AS MOOT.**

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE