IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELICA TRUJILLO,

        Plaintiff,

v.                                                                        No. CV 21-702 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER DENYING SECOND MOTION TO EXTEND BRIEFING DEADLINES AS MOOT

**THIS MATTER** is before the Court on Plaintiff Angelica Trujillo's *Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand* (the "Motion"), (Doc. 21), filed February 9, 2022. In the Motion, Ms. Trujillo explains that "[d]ue to unforeseen circumstances," her counsel "requires a thirty-day extension of time to file" her Motion to Reverse or Remand. (Doc. 21 at 1). Two days earlier, however, Ms. Trujillo had already filed her *Opposed Motion to Reverse and/or Remand*, (Doc. 19). The Court thus finds that Ms. Trujillo's Motion is moot and shall be **DENIED.**

**IT IS THEREFORE ORDERED** that Ms. Trujillo's *Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand*, (Doc. 21), is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

                                                THE HONORABLE CARMEN E. GARZA
                                               CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.