IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELICA TRUJILLO,

        Plaintiff,

v.                                                            No. CV 21-702 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 23), filed April 1, 2022. In the Motion, the Commissioner explains that "[d]ue to the overall workload of the Region VIII Office, this matter cannot be assigned for briefing in time to meet the current due date of April 8, 2022." (Doc. 23 at 2). The Commissioner therefore seeks an extension of thirty-one days. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant is granted through **May 9, 2022**, to serve her Response, and Plaintiff through **May 23, 2022**, to serve her Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.